**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-cv-595-FDW**
**(3:04-cr-249-FDW-1)**

| | | |
|---|---|---|
| **SHARIFF OMAR CARMICHAEL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion under 28 U.S.C. § 2255 to

Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.  (Doc. No. 1.)  Petitioner

seeks relief under Johnson v. United States, 135 S. Ct. 2551 (2015).  According to Petitioner, he

signed and placed the instant Motion to Vacate in the prison mail system on June 24, 2016.

(Doc. No. 1 at 11.)

On November 17, 2015, the judges of this Court issued a Standing Order appointing the

Federal Defenders of Western North Carolina to represent any defendant who was previously

determined to have been entitled to appointment of counsel, or who is now indigent, to determine

if that defendant is eligible for relief under Johnson.  Standing Order in re: Johnson v. United

States, No. 3:13-mc-00196-FDW (W.D.N.C. Nov. 17, 2015).  Petitioner was previously

determined to be indigent.  Petitioner appears to fall within the purview of this Court's Standing

Order, the Court will allow the Federal Defender sixty (60) days to review the Petitioner's case

and to file a supplement, if any, to the Petitioner's motion to vacate.

**IT IS, THEREFORE, ORDERED** that no later than sixty (60) days from entry of this

Order, the Federal Defenders of Western North Carolina may file a supplement to Petitioner's motion to vacate.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to Petitioner and the Federal Defenders of Western North Carolina.

Signed: September 22, 2016

Frank D. Whitney
Chief United States District Judge